UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIEJO LOPEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SOUTH SAN FRANCISCO POLICE DEPARTMENT,<br><br>    Defendant. | Case No. 15-cv-02569-DMR<br><br>**ORDER FOR COMPLETE IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. No. 2 |

Plaintiff has filed an application to proceed *in forma pauperis*. [Docket No. 2.] The application is incomplete. Namely, Plaintiff states that she owns a house with a market value of $500, but provides no further detail about the house. By **July 2, 2015,** Plaintiff shall file a complete application to proceed *in forma pauperis*. Failure to do so could result in the court denying Plaintiff's application.

**IT IS SO ORDERED.**

Dated: June 16, 2015

_____
Donna M. Ryu
United States Magistrate Judge